UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALLAN RENE GARCIA BORJAS,
Petitioner,
v.
CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 26-CV-4615 JLS (VET)

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 1)

Presently before the Court is Petitioner Allan Rene Garcia Borjas's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Pet.," ECF No. 1). Also before the Court is Respondents' Response ("Ret.," ECF No. 4). Petitioner did not file a Traverse. *See generally* Docket.

In his Petition, Petitioner alleges that his continued detention is unlawful and demands a bond hearing. *See generally* Pet. However, Petitioner was scheduled to receive a bond hearing on August 28, 2026. Ret. at 2, Ex. 1. Because Petitioner has received the relief requested, his Petition is moot.

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

Based on the foregoing, the Court **DENIES** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) as moot. The Parties **SHALL** file a Joint Status Report by September 10, 2026, informing the Court of the outcome of the hearing. As that concludes this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 3, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge